UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHLEY M. BAILEY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of the Social Security )<br>Administration, )<br>)<br>Defendant. ) | 1:12-cv-599- SEB-MJD |

## **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court, having reviewed the Magistrate Judge's Report and Recommendation at Docket No. 31 and observing that no party objected to it within the time permitted under 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), finds said Report and Recommendation is sound and well-reasoned and adopts it as the ruling of this Court.

Accordingly, the Commissioner's decision denying Plaintiff's Application for Social Security Child's Benefits under Title II and re-application for Supplemental Security Income under Title XVI of the Social Security Act is AFFIRMED.

Date: 08/26/2013

_signature_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
patrick@mulvanylaw.com